IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Terrance Roane,

      Plaintiff,                                      Case No. 2:22-cv-2768
                                                       Judge James L. Graham
v.                                              Magistrate Judge Peter B. Silvain, Jr.

Warden Correctional Reception Center, *et al.*,

      Defendants.

## Order

This matter is before the Court on the Magistrate Judge's November 2, 2023 Report and Recommendation, which recommends that the case be dismissed for failure to perfect service on the remaining defendant pursuant to Fed. R. Civ. P. 4(m).

No objections have been filed to the Report and Recommendation. Upon review, the Court hereby adopts the Report and Recommendation (Doc. 10).

Accordingly, this action is dismissed without prejudice for failure to perfect service. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this Court's Order would not be taken in good faith. *See McGore v. Wrigglesworth*, 114 F.3d 601 (6th Cir. 1997).

                                                                    *s/ James L. Graham*
                                                                    JAMES L. GRAHAM
                                                                    United States District Judge

DATE: January 3, 2024